# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0868
_____

D.W., mother of J.J., Jr., K.F.,
Jr., M.P. and M.P., minor
children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Denise R. Ferrero, Judge.

February 21, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Roderick O. Ford of The PMJA Legal Defense Fund, Inc. C/o The Methodist Law Centre, P.A., Gainesville, for Appellant.

Sara E. Goldfarb, Statewide Director of Appeals, and Stephanie E. Novenario, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee; Andrew Feigenbaum, Children's Legal Services, West Palm Beach, for Appellee.